UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILFRIDO BAEZ VILLAR,<br><br>Defendant | Criminal No. 21-cr-10261<br><br>Violations:<br><br>Count One: False Representation of Social Security Number<br>(42 U.S.C. § 408(a)(7)(B))<br><br>Count Two: False Statement in Application and Use of Passport<br>(18 U.S.C. § 1542)<br><br>Count Three: Aggravated Identity Theft<br>(18 U.S.C. § 1028A(a)(1)) |

INDICTMENT

COUNT ONE
False Representation of Social Security Number
(42 U.S.C. § 408(a)(7)(B))

The Grand Jury charges:

On or about January 18, 2019, in the District of Massachusetts, the defendant,

WILFRIDO BAEZ VILLAR,

for the purpose of obtaining anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him on an application for a replacement Real ID/Massachusetts Driver's License submitted to the Commonwealth of Massachusetts, Registry of Motor Vehicles, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

<u>COUNT TWO</u>
False Statement in Application and Use of Passport
(18 U.S.C. § 1542)

The Grand Jury further charges:

On or about December 19, 2019, in the District of Massachusetts, the defendant,

WILFRIDO BAEZ VILLAR,

did willfully and knowingly make any false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1542.

COUNT THREE
Aggravated Identity Theft
(18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

On or about January 18, 2019, in the District of Massachusetts, the defendant,

WILFRIDO BAEZ VILLAR,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, False Representation of Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B), as charged in Count One.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

*Kathleen M. Oleri*
FOREPERSON


*Karen B. Burzycki*
KAREN B. BURZYCKI
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: SEPTEMBER  9 , 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira signed at 12:00PM
DEPUTY CLERK